UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00058-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HILARIA RODRIGUEZ | ) | |
| | ) | |

This matter is before the Court on defendant's appellate attorney's motion to obtain access to defendant's presentence report which was filed under seal. For good cause shown, the motion is GRANTED, and defendant's appellate attorney shall have access to the aforementioned sealed filing.

This 26 April 2012.

_____
W. Earl Britt
Senior U.S. District Judge